**Opinion issued February 14, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

**NO. 01-12-01060-CV**

---

**DEMETRIA JOHNSON, Appellant**

**V.**

**MOHAMAD AKBARI, Appellee**

---

**On Appeal from County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 12CCV049153**

---

**MEMORANDUM OPINION**

Appellee, Mohamad Akbari, has filed a motion to dismiss the appeal for want of prosecution because appellant, Demetria Johnson, has failed to pay the required filing fee. We grant the motion and dismiss the appeal.

The filing fee was due on December 3, 2012. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at

the time an item is presented for filing—whatever fees are required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

The Court's records reflect that appellant has neither paid the required filing fee for the appeal nor established indigence for purposes of appellate costs. After being notified that the appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(b), (c) (authorizing involuntary dismissal of case). In addition, appellant did not respond to appellee's motion to dismiss the appeal.

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.